THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Douglas Francis King, Appellant.
 
 
 

Appeal From Greenville County
  John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-454
 Submitted July 7, 2004  Filed August 26, 2004

APPEAL DISMISSED

 
 
 
 
 Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, 
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for 
 Respondent.
 
 
 

PER CURIAM:  Douglas Francis King appeals 
 his conviction for three counts of desecration of human remains, one count of 
 obliteration, vandalization, or desecration of human burial grounds, one count 
 of malicious injury to personal property, and conspiracy.  King argues the trial 
 court erred by admitting evidence of uncharged prior bad acts that impermissibly 
 placed Kings character in issue.  Kings counsel attached to the brief a petition 
 to be relieved as counsel, stating that he had reviewed the record and concluded 
 this appeal lacks merit.  King did not file a separate pro se 
 brief.  After a thorough review of the record and counsels brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Kings appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF, J., and CURETON, A.J., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.